UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
MDL 875

| | |
|---|---|
| WINTON ALBERT, ) | 4:04-CV-01388-AGF |
| THOMAS JOHN COLLINS, ) | 4:04-CV-01394-CEJ |
| WILLIAM F. FILLA, ) | 4:04-CV-01395-CEJ |
| JOHN W. FORRISTALL, ) | 4:04-CV-01396-CAS |
| THOMAS P. HANLEY, ) | 4:04-CV-01409-CEJ |
| RAYMOND L. HARTRUP, ) | 4:04-CV-01407-HEA |
| CHARLES BELGERI and JUDITH M. BELGERI, ) | 4:04-CV-01389-AGF |
| JOHN C. BESS and LOIS B. BESS, ) | 4:04-CV-01403-AGF |
| JOHN BOCKSKOPF and SHIRLEY BOCKSKOPF, ) | 4:04-CV-01390 |
| EDWARD BORGMANN and ENOLA E. BORGMANN, ) | 4:04-CV-01391-HEA |
| JAMES BRITTON and RUBY BRITTON, ) | 4:04-CV-01392-HEA |
| GARY L. BURLE and JANET BURLE, ) | 4:04-CV-01410-HEA |
| RICHARD W. KLEIN, JR. and MARGIE KLEIN, ) | 4:04-CV-01408-ERW |
| MARVIN KNUCKLES and DORIS KNUCKLES, ) | 4:04-CV-01397-ERW |
| JOHN MARTIN and JANET E. MARTIN, ) | 4:04-CV-01398-ERW |
| JOSEPH NEEDHAM and LUCILLE NEEDHAM, ) | 4:04-CV-01399-AGF |
| ROBERT PHILLIPS and MARY ANN PHILLIPS, ) | 4:04-CV-01411-ERW |
| JOSEPH RYAN and ELIZABETH RYAN, ) | 4:04-CV-01400-AGF |
| PAUL R. SEABAUGH and ROXIE SEABAUGH, ) | 4:04-CV-01401-AGF |
| EDMOND D. SHAY and MARYANN SHAY, ) | 4:04-CV-01406-CEJ |
| JOHNNY W. VAVAK and ROSLYN J. VAVAK, ) | 4:04-CV-01412-AGF |
| ARTHUR R. WATERMAN and SHIRLY J. WATERMAN, ) | 4:04-CV-01405-CEJ |
| JAMES R. WELCH and SHARON K. WELCH, ) | 4:04-CV-01402-ERW |
| WILLIAM YORK and EDITH L. YORK, ) | 4:04-CV-01404-HEA |
| LAWRENCE CHRISTOPHER and ETHEL CHRISTOPHER, ) | 4:04-CV-01393-CEJ |
| RUBY LEE SMITH; CAROLYN S. ROBERTS; and ) | |
| DAVID L. SMITH, In Re: Charles J. Smith, Deceased, ) | 4:04-CV-01558-HEA |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| HOBART BROTHERS COMPANY, and ) | |
| THE BOC GROUP f/k/a AIRCO, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court hereby grants Defendants HOBART BROTHERS COMPANY and THE BOC GROUP f/k/a AIRCO, INC.'s Motion for Leave to File Short Form Answer Out of Time.

SO ORDERED:

_____ J.
JUDGE
James T. Giles

DATE: 4/5/2006

BURROUGHS, HEPLER, BROOM,
MacDONALD, HEBRANK & TRUE, LLP

By: /s/
SEAN P. SHEEHAN   # 103929
sps@ilmolaw.com
Attorney for Defendant
103 W. Vandalia Street, Suite 300
Edwardsville, IL 62025
Phone: 618-656-0184
Fax: 618-656-1364

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2006, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

- Motley Rice LLC, 28 Bridgeside Blvd., P.O. Box 1792, Mt. Pleasant, SC 29465 and by first class mail upon the following:

- Michael J. Beck, Clerk of the Panel, Judicial Panel on Multidistrict Litigation, Thurgood Marshall Federal Judiciary Building, One Columbus Circle, NE, Room G-255, North Lobby, Washington, DC 20002

/s/